**Larry GIRALDES, Jr., Plaintiff–
Appellee,**

v.

**T. PREBULA; et al., Defendants–
Appellants.**

No. 06–15690.

United States Court of Appeals,
Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 22, 2008.*

Filed May 6, 2008.

Larry Giraldes, Jr., Corcoran, CA, pro se.

David A. Carrasco, Jennifer A. Neill, Esq., Office of the California Attorney General, Sacramento, CA, for Defendants–Appellants.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

*   The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Defendants appeal from the district court's order remanding the case to the magistrate judge for further proceedings. We dismiss.

Because the district court's order contemplated further action on the summary judgment motion, it is not a final, appealable order. *See* 28 U.S.C. § 1291; *see also Way v. County of Ventura,* 348 F.3d 808, 810 (9th Cir.2003) (explaining that a district court's ruling is not final if the court reserves the option of further modifying its ruling). Accordingly, we lack appellate jurisdiction over this interlocutory appeal.

Appellee's motion for appointment of counsel is denied as moot.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.